**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 7, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00119-CV

## SOUTHERN CHEMICAL CORPORATION, Appellant

## V.

## CELANESE, LTD, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2007-25490**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 10, 2012. On February 27, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.